In the Matter of the Claim of PATRICK J. FALLON against NEW YORK COLOR AND CHEMICAL COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Submitted September 28, 1937; decided October 12, 1937.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for appellant.

*Herbert F. Hastings, Jr., F. G. Mann* and *Everett F. Warrington* for respondents.

Order affirmed, with costs against State Industrial Board. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.